[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 1, 2008
THOMAS K. KAHN
CLERK

No. 07-11132
Non-Argument Calendar

_____

D. C. Docket No. 06-00365-CR-T-27-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ALFONSO QUINONES-ANGULO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 1, 2008)**

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Jose Alfonso Quinones-Angulo

on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quinones-Angulo's convictions and sentences are **AFFIRMED**.